634

No. 100. WHITE, COLLECTOR OF INTERNAL REVENUE, v. ATKINS. November 16, 1934. Dismissed on motion of *Solicitor General Biggs* for petitioner.

No. 527. FLORIDA EX REL. VETTER v. KNOTT, STATE TREASURER. November 19, 1934. Dismissed, per stipulation, on motion of *Mr. Robert J. Boone* for appellant.